

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI HILLY,

        Plaintiff,

-against-

ONESOURCE FACILITY SERVICES, INC. and ONESOURCE N.Y., INC.,

        Defendants

Civil Action No. 05 Civ. 6280 (AKH)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Ali Hilly, and Defendants, OneSource Facility Services, Inc. and OneSource N.Y., Inc., by and through their undersigned counsel who are authorized by their respective clients to execute this Stipulation on their behalf, that the above-captioned action be and is hereby dismissed, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

                            BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP
                            80 Pine Street, 32nd Floor
                            New York, New York 10005

December 1, 2005      By: _____
                                   Jonathan Ben-Asher, Esq

                            ATTORNEYS FOR PLAINTIFF
                            ALI HILLY

December 2, 2005

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

By: _____
Felice B. Ekelman, Esq

ATTORNEYS FOR DEFENDANTS
ONESOURCE FACILITY SERVICES, INC and
ONESOURCE N.Y., INC

SO ORDERED:
this 6 day of Dec. 2005

_____, U.S.D.J
Hon. Alvin K. Hellerstein